AO245B   Judgment in a Criminal Case for Revocation (Rev. 06/05)
Sheet 1

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

SEP 11 2007

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

# United States District Court
## Western District of Louisiana

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| | (For **Revocation** of Probation or Supervised Release) |
| v. | |
| | Criminal Number: 5:07CR50056-01 |
| ANDY ARNEZ GUIDRY | |
| (Defendant's Name) | USM Number: 18302-056 |
| | |
| | BETTY MARAK |
| | Defendant's Attorney |

COPY SENT
DATE 9/11/07
BY 3rd usm
TO 3rd uspo

**THE DEFENDANT:**

[✓]   The defendant admitted guilt to violation of conditions of supervision as outlined in the Petition for Summons for Offender Under Supervision filed by the Probation Officer on 8/14/07.

It is the finding of the Court that the defendant has violated the conditions of his supervised release as outlined in the Petition for Summons filed by the probation Officer on 8/14/07. The Court finds that in accordance with the U. S. Sentencing Commission Guidelines Manual, the defendant has committed two (2) Grade B violations and three (3) Grade C violations of his supervised release and having a Criminal History Category of I.

The manual's policy statement suggest an imprisonment range of 4 to 10 months for defendant committing a Grade B violation of Supervised Release and having a Criminal History Category of I.

Accordingly, the two (2) year term as to each of Counts One and Two of supervised release ordered on 9/20/06 is hereby revoked.

The defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

September 10, 2007
Date of Imposition of Sentence

_____
Signature of Judicial Officer

DONALD E. WALTER, United States District Judge
Name & Title of Judicial Officer

9/11/07
Date

AO245B  Judgement in a Criminal Case (Rev. 06/05)
        Sheet 2 — Imprisonment

Judgment - Page 2 of 2

DEFENDANT:      ANDY ARNEZ GUIDRY
CASE NUMBER:    5:07CR50056-01

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 10 months as to each Counts One and Two to be served concurrently.

[ ]  The court makes the following recommendations to the Bureau of Prisons:

[✓]  The defendant is remanded to the custody of the United States Marshal.

[ ]  The defendant shall surrender to the United States Marshal for this district:
     [ ] at ___ [ ] a.m. [ ] p.m. on ___.
     [ ] as notified by the United States Marshal.

[ ]  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
     [ ] before 2 p.m. on ___.
     [ ] as notified by the United States Marshal.
     [ ] as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

        Defendant delivered on_____ to _____
at _____, with a certified copy of this judgment.

                                                        _____
                                                        UNITED STATES MARSHAL

                                                        By _____
                                                        DEPUTY UNITED STATES MARSHAL